**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 11 PM 1: 14

CLERK
S.C. DIST. OF GA.

| | |
|---|---|
| DAVID PRESCOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV406-133 |
| ) | |
| THALRONE WILLIAMS, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _Sept_, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA