FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT -2  PM 4: 57

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DAVID PRESCOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV406-133 |
| ) | |
| THALRONE WILLIAMS, Warden, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Petitioner filed a letter with this court indicating that he wishes to dismiss his 28 U.S.C. § 2254 habeas corpus petition without prejudice. Doc. 20. The Court construes this letter as a motion to voluntarily dismiss the petition. It is recommended that the motion be GRANTED and the petition DISMISSED without prejudice.

SO REPORTED AND RECOMMENDED this 2nd day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA